1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>Exhibit A</u>

Detailed Summary of the KAB Trademarks.

Summary of Trademark Portfolio
Mark Owner: Keep a Breast Foundation, Inc.

Registered Marks

| Mark | Serial Number | Goods and Services | Date Filed | Status | Reg. No. |
|---|---|---|---|---|---|
|  "HEART & BREASTS" | 85002400 | Educational services, namely, conducting seminars, art exhibitions, and workshops in the field of breast cancer awareness, causes, research and treatment; and entertainment services, namely, live musical performances to promote breast cancer awareness, causes, research and treatment. | March 30, 2010 | Registered November 2, 2010 | 3870574 |
| KEEP A BREAST | 78712642 | Educational services, namely, conducting seminars, art exhibitions, and workshops in the field of breast cancer awareness, causes, research and treatment; and entertainment services namely, live musical performances by a musical band. | September 14, 2005 | Registered September 26, 2006 | 3148275 |
|  I (HEART) BOOBIES! | 85108728 | License plate frames. | August 16, 2010 | Registered April 5, 2011 | 3940877 |
|  I (HEART) BOOBIES! | 85255611 | Bracelets | March 2, 2011 | Registered October 4, 2011 | 4034885 |
|  I (HEART) BOOBIES! | 85108717 | Charitable fundraising services. | August 16, 2010 | Registered April 5, 2011 | 3940875 |

Keep a Breast Trademark Portfolio

| | | | | | |
|---|---|---|---|---|---|
| I (HEART) BOOBIES! | 85108727 | Educational services, namely, conducting seminars, art exhibitions, and workshops in the field of breast cancer awareness, causes, research and treatment; and entertainment services, namely, live musical performances to promote breast cancer awareness, causes, research and treatment. | August 16, 2010 | Registered April 5, 2011 | 3940876 |
| I (HEART) BOOBIES! | 885975287 | Belts, Socks | August 16, 2010 | Registered December 13, 2011 | 4072063 |

Keep a Breast Trademark Portfolio

Allowed Marks

| Mark | Serial Number | Goods and Services | Date Filed | Status | Reg. No. |
|---|---|---|---|---|---|
| <br>I (HEART) BOOBIES! | 85108721 | Backpacks; Purses; Tote bags | August 16, 2010 | Published for Opposition January 18, 2011 Notice of Allowance Issued March 15, 2011 | N/A |
| <br>I (HEART) BOOBIES! | 85108718 | (Based on Use in Commerce) Publications, namely, brochures, booklets, and teaching materials in the field of breast cancer awareness and prevention; Stickers; (Based on Intent to Use) Blank journals; Erasers; Magazines featuring breast cancer awareness and prevention; Pencils; Personal organizers. | August 16, 2010 | Published for Opposition January 18, 2011 Notice of Allowance Issued March 15, 2011 | N/A |
| <br>I (HEART) BOOBIES! | 85101058 | Sunglasses | August 5, 2010 | Published for Opposition January 18, 2011 Notice of Allowance Issued March 15, 2011 | N/A |

Keep a Breast Trademark Portfolio

| | | | | |
|---|---|---|---|---|
| <br>"HEART & BREASTS" | 85002398 | (Based on Use in Commerce) Footwear; Hats; Hooded sweat shirts; T-shirts; Tank tops; (Based on Intent to Use) Beanies; Belts; Caps; Coats; Dresses; Gloves; Jackets; Jerseys; Pajamas; Pants; Scarves; Shirts; Shorts; Skirts; Socks; Sun visors; Sweat pants; Sweaters; Swimsuits; Underwear; Wraps; Wristbands. | March 30, 2010 | Published for Opposition August 17, 2010 Notice of Allowance Issued October 12, 2010 | N/A |
| <br>"HEART & BREASTS" | 85002395 | (Based on Use in Commerce) Tote bags; (Based on Intent to Use) All purpose sport bags; Backpacks; Book bags; Handbags; Luggage; Purses; Wallets. | March 30, 2010 | Published for Opposition August 17, 2010 Notice of Allowance Issued October 12, 2010 | N/A |
| <br>"HEART & BREASTS" | 85002391 | (Based on Use in Commerce) Bracelets; Necklaces; (Based on Intent to Use) Earrings; Jewelry, namely, anklets; Rings; Watches. | March 30, 2010 | Published for Opposition August 17, 2010 Notice of Allowance Issued October 12, 2010 | N/A |

Keep a Breast Trademark Portfolio

| | | | | |
|---|---|---|---|---|
| KEEP A BREAST | 77769453 | Based on Use in Commerce) Bracelets; Earrings; Necklaces (Based on Intent to Use) Jewelry, namely, anklets; Rings; Watches.<br><br>(Based on Use in Commerce) Book bags; Purses; Wallets (Based on Intent to Use) All purpose sport bags; Backpacks; Handbags; Luggage.<br><br>(Based on Use in Commerce) Beanies; Caps; Dresses; Footwear; Hats; Hooded sweat shirts; Scarves; T-shirts; Tank tops; Wristbands (Based on Intent to Use) Belts; Coats; Gloves; Jackets; Jerseys; Pajamas; Pants; Shirts; Shorts; Skirts; Socks; Sun visors; Sweat pants; Sweaters; Swimsuits; Underwear; Wraps. | June 26, 2009 | Published for Opposition November 17, 2009 Notice of Allowance Issued February 9, 2010 | N/A |
| <br>I (HEART)BOOBIES! | 85108764 | (Based on Use in Commerce) Hats; Hooded sweat shirts; T-shirts; (Based on Intent to Use) Bandanas; Bras; Jackets; Scarves; Shoes; Sweatbands; Underwear. | August 16, 2010 | Published for Opposition February 15, 2011 Notice of Allowance Issued April 12, 2011 | N/A |

Keep a Breast Trademark Portfolio

| | | | | | |
|---|---|---|---|---|---|
| **I (HEART) BOOBIES** | 85108752 | (Based on Use in Commerce) Bracelets; Key chains as jewelry; Necklaces; (Based on Intent to Use) Watches | August 16, 2010 | Published January 18, 2011 Notice of Allowance Issued March 15, 2011 | N/A |

Keep a Breast Trademark Portfolio

Pending Marks

| Mark | Serial Number | Goods and Services | Date Filed | Status | Reg. No. |
|---|---|---|---|---|---|
| I LOVE BOOBIES | 85212335 | Bandanas; Belts; Bras; Hats; Hooded sweatshirts; Jackets; Scarves; Shoes; Socks; Sweatbands; T-shirts; Underwear. | January 6, 2011 | Under Examination | N/A |
| I LOVE BOOBIES | 85212317 | Bracelets | January 6, 2011 | Under Examination | N/A |

Keep a Breast Trademark Portfolio

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit B</u>

USPTO Registration Certificate

KEEP A BREAST®

International Class 41

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,148,275

Registered Sep. 26, 2006

**SERVICE MARK**
**PRINCIPAL REGISTER**

# KEEP A BREAST

THE KEEP A BREAST FOUNDATION (CALIFOR-
NIA NON-PROFIT CORPORATION)
842 VISTA WAY
OCEANSIDE, CA 92054

FOR: EDUCATIONAL SERVICES, NAMELY,
CONDUCTING SEMINARS, ART EXHIBITIONS,
AND WORKSHOPS IN THE FIELD OF BREAST
CANCER AWARENESS, CAUSES, RESEARCH AND
TREATMENT; AND ENTERTAINMENT SERVICES
NAMELY, LIVE MUSICAL PERFORMANCES BY A
MUSICAL BAND, IN CLASS 41 (U.S. CLS. 100, 101
AND 107).

FIRST USE 2-28-2001; IN COMMERCE 2-28-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-712,642, FILED 9-14-2005.

LESLEY LAMOTHE, EXAMINING ATTORNEY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit C</u>

USPTO Registration Certificate

HEART & BREASTS®

International Class 41

Exhibit C - 1

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,870,574**

**Registered Nov. 2, 2010**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

KEEP A BREAST FOUNDATION (CALIFORNIA NON-PROFIT CORPORATION)
2251 LAS PALMAS DR.
CARLSBAD, CA 92011

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING SEMINARS, ART EXHIBITIONS, AND WORKSHOPS IN THE FIELD OF BREAST CANCER AWARENESS, CAUSES, RESEARCH AND TREATMENT; AND ENTERTAINMENT SERVICES, NAMELY, LIVE MUSICAL PERFORMANCES TO PROMOTE BREAST CANCER AWARENESS, CAUSES, RESEARCH AND TREATMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-30-2008; IN COMMERCE 6-30-2008.

THE MARK CONSISTS OF A HEART SUPERIMPOSED ON TWO HALF CIRCLES REPRESENTING ABSTRACT BREASTS.

SER. NO. 85-002,400, FILED 3-30-2010.

ROBIN MITTLER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit D</u>

USPTO Registration Certificate

I (HEART) BOOBIES!®

International Class 14

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,034,885**

**Registered Oct. 4, 2011**

THE KEEP A BREAST FOUNDATION (CALIFORNIA NON-PROFIT CORPORATION)
2251 LAS PALMAS DRIVE
CARLSBAD, CA 92011

**Int. Cl.: 14**

FOR: BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 5-15-2009; IN COMMERCE 5-15-2009.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF A HEART WITH THE OUTLINE OF ANOTHER HEART SUPER-
IMPOSED ON TWO HALF CIRCLES REPRESENTING ABSTRACT BREASTS. THE HEART
IS PRECEDED BY "I" AND FOLLOWED BY THE WORD "BOOBIES" WITH AN EXCLAM-
ATION POINT.

SER. NO. 85-255,611, FILED 3-2-2011.

JOHN E. MICHOS, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit E</u>

USPTO Registration Certificate

I (HEART) BOOBIES!®

International Class 12

# United States of America

## United States Patent and Trademark Office

# i♥boobies!

**Reg. No. 3,940,877**
**Registered Apr. 5, 2011**

**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE KEEP A BREAST FOUNDATION (CALIFORNIA NON-PROFIT CORPORATION)
2251 LAS PALMAS DR.
CARLSBAD, CA 92011

FOR: LICENSE PLATE FRAMES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2-28-2010; IN COMMERCE 2-28-2010.

THE MARK CONSISTS OF A HEART WITH THE OUTLINE OF ANOTHER HEART SUPER-IMPOSED ON TWO HALF CIRCLES REPRESENTING ABSTRACT BREASTS. THE HEART IS PRECEEDED BY "I" AND FOLLOWED BY THE WORD "BOOBIES" WITH AN EXCLAM-ATION POINT.

SER. NO. 85-108,728, FILED 8-16-2010.

BARBARA GAYNOR, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

1

<u>Exhibit F</u>

2

USPTO Registration Certificate

3

I (HEART) BOOBIES!®

4

International Class 41

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# United States of America

## United States Patent and Trademark Office

# i♥boobies!

**Reg. No. 3,940,876**

**Registered Apr. 5, 2011**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

THE KEEP A BREAST FOUNDATION (CALIFORNIA NON-PROFIT CORPORATION)
2251 LAS PALMAS DR
CARLSBAD, CA 92011

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING SEMINARS, ART EXHIBITIONS, AND WORKSHOPS IN THE FIELD OF BREAST CANCER AWARENESS, CAUSES, RESEARCH AND TREATMENT; AND ENTERTAINMENT SERVICES, NAMELY, LIVE MUSICAL PERFORMANCES TO PROMOTE BREAST CANCER AWARENESS, CAUSES, RESEARCH AND TREATMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-30-2007; IN COMMERCE 6-30-2007.

THE MARK CONSISTS OF A HEART WITH THE OUTLINE OF ANOTHER HEART SUPERIMPOSED ON TWO HALF CIRCLES REPRESENTING ABSTRACT BREASTS. THE HEART IS PRECEEDED BY "I" AND FOLLOWED BY THE WORD "BOOBIES" WITH AN EXCLAMATION POINT.

SER. NO. 85-108,727, FILED 8-16-2010.

BARBARA GAYNOR, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Exhibit G</u>

USPTO Registration Certificate

I (HEART) BOOBIES!®

International Class 36

# United States of America

## United States Patent and Trademark Office

# i♥boobies!

**Reg. No. 3,940,875**
**Registered Apr. 5, 2011**

**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

THE KEEP A BREAST FOUNDATION (CALIFORNIA NON-PROFIT CORPORATION)
2251 LAS PALMAS DR
CARLSBAD, CA 92011

FOR: CHARITABLE FUNDRAISING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-30-2007; IN COMMERCE 6-30-2007.

THE MARK CONSISTS OF A HEART WITH THE OUTLINE OF ANOTHER HEART SUPER-
IMPOSED ON TWO HALF CIRCLES REPRESENTING ABSTRACT BREASTS. THE HEART
IS PRECEEDED BY "I" AND FOLLOWED BY THE WORD "BOOBIES" WITH AN EXCLAM-
ATION POINT.

SER. NO. 85-108,717, FILED 8-16-2010.

BARBARA GAYNOR, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

1

<u>Exhibit H</u>

2

USPTO Registration Certificate

3

I (HEART) BOOBIES!®

4

International Class 25

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,072,063**

**Registered Dec. 13, 2011**

THE KEEP A BREAST FOUNDATION (CALIFORNIA NON-PROFIT CORPORATION)
2251 LAS PALMAS DR
CARLSBAD, CA 92011

**Int. Cl.: 25**

FOR: BELTS; SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-13-2011; IN COMMERCE 7-19-2011.

**TRADEMARK**

OWNER OF U.S. REG. NO. 3,870,574.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF A HEART WITH THE OUTLINE OF ANOTHER HEART SUPER-
IMPOSED ON TWO HALF CIRCLES REPRESENTING ABSTRACT BREASTS. THE HEART
IS PRECEDED BY "I" AND FOLLOWED BY THE WORD "BOOBIES" WITH AN EXCLAM-
ATION POINT.

SN 85-975,287, FILED 8-16-2010.

BARBARA GAYNOR, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

1

Exhibit I

2

USPTO Notices of Allowance ("NOA's")

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit I - 1

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, March 15, 2011 00:10 AM |
| **To:** | victoria@vnewlandlaw.com |
| **Subject:** | Trademark Serial Number 85108721: Official USPTO Notice of Allowance |

## NOTICE OF ALLOWANCE (NOA)

## ISSUE DATE: Mar 15, 2011

**Serial Number:**  85-108,721
**Mark:**  I BOOBIES!(STYLIZED/DESIGN)
**Attorney Reference Number:**

**No opposition was filed for this published application.  The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue.  Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**

- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally);  **OR**

- An Extension Request, if the applicant is not yet using the mark in commerce.  If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed.  The applicant may file a total of five (5) extension requests.  **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued.  The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS).  Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed.  Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at http://www.uspto.gov/teas/index.html (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information.  If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see http://www.uspto.gov/trademarks/basics/MoreInfo_SOU_EXT.jsp.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD <u>WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION</u>.**

## REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit.  Please use the "Post-Publication Amendment" form under the "POST-PUBLICATION/POST

NOTICE OF ALLOWANCE (NOA) FORMS" category, available at http://www.uspto.gov/teas/index.html.  Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| **Serial Number:** | 85-108,721 |
| **Mark:** | I BOOBIES!(STYLIZED/DESIGN) |
| **Attorney Reference Number:** | |
| **Owner:** | The Keep A Breast Foundation |
| | 2251 Las Palmas Dr. |
| | Carlsbad , CALIFORNIA   92011 |
| **Correspondence Address:** | VICTORIA NEWLAND |
| | LAW OFFICES OF VICTORIA NEWLAND, APC |
| | 3460 MARRON RD STE 103-356 |
| | OCEANSIDE, CA 92056-4675 |

**This application has the following bases, but not necessarily for all listed goods/services:**

Section 1(a): NO          Section 1(b): YES          Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

018 -       Backpacks; Purses; Tote bags -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

## ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.

---

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of an application, go to http://tarr.uspto.gov.  Please check the status of any application at least every three (3) months after the application filing date.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, March 15, 2011 00:10 AM |
| **To:** | victoria@vnewlandlaw.com |
| **Subject:** | Trademark Serial Number 85108718: Official USPTO Notice of Allowance |

# NOTICE OF ALLOWANCE (NOA)

## ISSUE DATE: Mar 15, 2011

**Serial Number:** 85-108,718
**Mark:** I BOOBIES!(STYLIZED/DESIGN)
**Attorney Reference Number:**

**No opposition was filed for this published application. The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue. Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**

- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally); **OR**

- An Extension Request, if the applicant is not yet using the mark in commerce. If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed. The applicant may file a total of five (5) extension requests. **WARNING: An SOU may not be filed more than thirty-six (36) months from when the NOA issued. The deadline for filing is always calculated from the issue date of the NOA.**

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS). Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed. Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at http://www.uspto.gov/teas/index.html (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information. If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see http://www.uspto.gov/trademarks/basics/MoreInfo_SOU_EXT.jsp.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD <u>WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION</u>.**

## REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit. Please use the "Post-Publication Amendment" form under the "POST-PUBLICATION/POST

NOTICE OF ALLOWANCE (NOA) FORMS" category, available at http://www.uspto.gov/teas/index.html.  Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| **Serial Number:** | 85-108,718 |
| **Mark:** | I BOOBIES!(STYLIZED/DESIGN) |
| **Attorney Reference Number:** | |
| **Owner:** | The Keep A Breast Foundation |
| | 2251 Las Palmas Dr. |
| | Carlsbad , CALIFORNIA   92011 |
| **Correspondence Address:** | VICTORIA NEWLAND |
| | LAW OFFICES OF VICTORIA NEWLAND, APC |
| | 3460 MARRON RD STE 103-356 |
| | OCEANSIDE, CA 92056-4675 |

**This application has the following bases, but not necessarily for all listed goods/services:**

Section 1(a): YES          Section 1(b): YES          Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

016 -    (Based on Use in Commerce) Publications, namely, brochures, booklets, and teaching materials in the field of breast cancer awareness and prevention; Stickers; (Based on Intent to Use) Blank journals; Erasers; Magazines featuring breast cancer awareness and prevention; Pencils; Personal organizers -- FIRST USE DATE: 06-30-2007 -- USE IN COMMERCE DATE: 06-30-2007

## ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.

---

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of an application, go to http://tarr.uspto.gov.  Please check the status of any application at least every three (3) months after the application filing date.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, March 15, 2011 00:09 AM |
| **To:** | victoria@vnewlandlaw.com |
| **Subject:** | Trademark Serial Number 85101058: Official USPTO Notice of Allowance |

## NOTICE OF ALLOWANCE (NOA)

## ISSUE DATE: Mar 15, 2011

**Serial Number:**  85-101,058
**Mark:**  I BOOBIES!(STYLIZED/DESIGN)
**Attorney Reference Number:**

**No opposition was filed for this published application.  The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request).  WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue.  Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**

- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally);  **OR**

- An Extension Request, if the applicant is not yet using the mark in commerce.  If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed.  The applicant may file a total of five (5) extension requests.  **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued.  The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS).  Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed.  Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at http://www.uspto.gov/teas/index.html (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information.  If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see http://www.uspto.gov/trademarks/basics/MoreInfo_SOU_EXT.jsp.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD <u>WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.</u>**

## REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit.  Please use the "Post-Publication Amendment" form under the "POST-PUBLICATION/POST

NOTICE OF ALLOWANCE (NOA) FORMS" category, available at http://www.uspto.gov/teas/index.html.  Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| **Serial Number:** | 85-101,058 |
| **Mark:** | I BOOBIES!(STYLIZED/DESIGN) |
| **Attorney Reference Number:** | |
| **Owner:** | The Keep A Breast Foundation |
| | 2251 Las Palmas Dr. |
| | Carlsbad , CALIFORNIA   92011 |
| **Correspondence Address:** | VICTORIA NEWLAND |
| | LAW OFFICES OF VICTORIA NEWLAND, APC |
| | 3460 MARRON RD STE 103-356 |
| | OCEANSIDE, CA 92056-4675 |

**This application has the following bases, but not necessarily for all listed goods/services:**

Section 1(a): NO        Section 1(b): YES        Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

009 -        sunglasses -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

## ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.

---

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of an application, go to http://tarr.uspto.gov.  Please check the status of any application at least every three (3) months after the application filing date.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, October 12, 2010 00:10 AM |
| **To:** | victoria@vnewlandlaw.com |
| **Subject:** | Trademark Serial Number 85002398: Official USPTO Notice of Allowance |

# NOTICE OF ALLOWANCE (NOA)

## ISSUE DATE: Oct 12, 2010

**Serial Number:**  85-002,398
**Mark:**   Miscellaneous Design
**Attorney Reference Number:**

**No opposition was filed for this published application.  The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request).  WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue.  Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**

- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally);  **OR**

- An Extension Request, if the applicant is not yet using the mark in commerce.  If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed.  The applicant may file a total of five (5) extension requests.  **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued.  The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS).  Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed.  Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at http://www.uspto.gov/teas/index.html (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information.  If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see http://www.uspto.gov/trademarks/basics/MoreInfo_SOU_EXT.jsp.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD <u>WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.</u>**

## REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit.  Please use the "Post-Publication Amendment" form under the "POST-PUBLICATION/POST

NOTICE OF ALLOWANCE (NOA) FORMS" category, available at http://www.uspto.gov/teas/index.html.  Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| **Serial Number:** | 85-002,398 |
| **Mark:** | Miscellaneous Design |
| **Attorney Reference Number:** | |
| **Owner:** | Keep A Breast Foundation |
| | 2251 Las Palmas Dr. |
| | Carlsbad , CALIFORNIA   92011 |
| **Correspondence Address:** | VICTORIA NEWLAND |
| | LAW OFFICES OF VICTORIA NEWLAND, APC |
| | 3460 MARRON RD STE 103-356 |
| | OCEANSIDE, CA 92056-4675 |

**This application has the following bases, but not necessarily for all listed goods/services:**

Section 1(a): YES          Section 1(b): YES          Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

025 -      (Based on Use in Commerce) Footwear; Hats; Hooded sweat shirts; T-shirts; Tank tops; (Based on Intent to Use) Beanies; Belts; Caps; Coats; Dresses; Gloves; Jackets; Jerseys; Pajamas; Pants; Scarves; Shirts; Shorts; Skirts; Socks; Sun visors; Sweat pants; Sweaters; Swimsuits; Underwear; Wraps; Wristbands -- FIRST USE DATE: 06-30-2008 -- USE IN COMMERCE DATE: 06-30-2008

## ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.

---

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of an application, go to http://tarr.uspto.gov.  Please check the status of any application at least every three (3) months after the application filing date.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, October 12, 2010 00:10 AM |
| **To:** | victoria@vnewlandlaw.com |
| **Subject:** | Trademark Serial Number 85002395: Official USPTO Notice of Allowance |

# NOTICE OF ALLOWANCE (NOA)

## ISSUE DATE: Oct 12, 2010

**Serial Number:** 85-002,395
**Mark:** Miscellaneous Design
**Attorney Reference Number:**

**No opposition was filed for this published application.  The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue.  Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**

- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally);  **OR**

- An Extension Request, if the applicant is not yet using the mark in commerce.  If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed.  The applicant may file a total of five (5) extension requests.  **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued.  The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS).  Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed.  Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at http://www.uspto.gov/teas/index.html (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information.  If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see http://www.uspto.gov/trademarks/basics/MoreInfo_SOU_EXT.jsp.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD <u>WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION</u>.**

## REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit.  Please use the "Post-Publication Amendment" form under the "POST-PUBLICATION/POST

NOTICE OF ALLOWANCE (NOA) FORMS" category, available at http://www.uspto.gov/teas/index.html.  Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| **Serial Number:** | 85-002,395 |
| **Mark:** | Miscellaneous Design |
| **Attorney Reference Number:** | |
| **Owner:** | Keep A Breast Foundation |
| | 2251 Las Palmas Dr. |
| | Carlsbad , CALIFORNIA   92011 |
| **Correspondence Address:** | VICTORIA NEWLAND |
| | LAW OFFICES OF VICTORIA NEWLAND, APC |
| | 3460 MARRON RD STE 103-356 |
| | OCEANSIDE, CA 92056-4675 |

**This application has the following bases, but not necessarily for all listed goods/services:**

Section 1(a): YES          Section 1(b): YES          Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

018 -      (Based on Use in Commerce) Tote bags; (Based on Intent to Use) All purpose sport bags; Backpacks; Book bags; Handbags; Luggage; Purses; Wallets -- FIRST USE DATE: 06-30-2008 -- USE IN COMMERCE DATE: 06-30-2008

## ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of an application, go to http://tarr.uspto.gov.  Please check the status of any application at least every three (3) months after the application filing date.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, October 12, 2010 00:10 AM |
| **To:** | victoria@vnewlandlaw.com |
| **Subject:** | Trademark Serial Number 85002391: Official USPTO Notice of Allowance |

# NOTICE OF ALLOWANCE (NOA)

## ISSUE DATE: Oct 12, 2010

**Serial Number:**  85-002,391
**Mark:**  Miscellaneous Design
**Attorney Reference Number:**

**No opposition was filed for this published application.  The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request).  WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue.  Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**

- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally);  **OR**

- An Extension Request, if the applicant is not yet using the mark in commerce.  If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed.  The applicant may file a total of five (5) extension requests.  **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued.  The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS).  Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed.  Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at http://www.uspto.gov/teas/index.html (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information.  If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see http://www.uspto.gov/trademarks/basics/MoreInfo_SOU_EXT.jsp.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD <u>WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION</u>.**

## REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit.  Please use the "Post-Publication Amendment" form under the "POST-PUBLICATION/POST

NOTICE OF ALLOWANCE (NOA) FORMS" category, available at http://www.uspto.gov/teas/index.html.  Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| **Serial Number:** | 85-002,391 |
| **Mark:** | Miscellaneous Design |
| **Attorney Reference Number:** | |
| **Owner:** | Keep A Breast Foundation |
| | 2251 Las Palmas Dr. |
| | Carlsbad , CALIFORNIA   92011 |
| **Correspondence Address:** | VICTORIA NEWLAND |
| | LAW OFFICES OF VICTORIA NEWLAND, APC |
| | 3460 MARRON RD STE 103-356 |
| | OCEANSIDE, CA 92056-4675 |

**This application has the following bases, but not necessarily for all listed goods/services:**

Section 1(a): YES          Section 1(b): YES          Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

014 -     (Based on Use in Commerce) Bracelets; Necklaces; (Based on Intent to Use) Earrings; Jewelry, namely, anklets; Rings; Watches -- FIRST USE DATE: 06-30-2008 -- USE IN COMMERCE DATE: 06-30-2008

## ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.

---

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of an application, go to http://tarr.uspto.gov.  Please check the status of any application at least every three (3) months after the application filing date.

## U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE:  If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550.  Please include the serial number of your application on ALL correspondence with the USPTO.

**ISSUE DATE:**  Feb 9, 2010

VICTORIA NEWLAND
LAW OFFICES OF VICTORIA NEWLAND, APC
3460 MARRON RD
STE 103-356
OCEANSIDE, CA 92056-4675

### ** IMPORTANT INFORMATION:  6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce.  You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark.  You have six (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of Use ("Extension Request").   If you file an extension request, you must continue to file a new request every six months calculated from the issue date of the NOA until the Statement of Use is filed.  Applicant may file a total of five (5) extension requests.  FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE <u>ABANDONMENT</u> OF YOUR APPLICATION.Please note that both the "Statement of Use " and "Extension Request" have many legal requirements including fees.  Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "INTENT-TO-USE (ITU) FORMS"), to avoid the possible omission of important information.  Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online.  If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

### ** Registration Subject to Cancellation for Fraudulent Statements **

Ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of your trademark registration.  The lack of a bona fide intention to use the mark with all goods and/or services included in an application or the lack of use on all goods and/or services for which you claimed use could jeopardize the validity of your registration, possibly resulting in its cancellation.

### The following information should be reviewed for accuracy:

SERIAL NUMBER:                77/769453

MARK:                    KEEP A BREAST (STANDARD CHARACTER MARK)

OWNER:                   Keep A Breast Foundation, The
                         2251 Las Palmas Drive
                         Carlsbad , CALIFORNIA  92009

This application has the following bases, but not necessarily for all listed goods/services:

Section 1(a): YES          Section 1(b): YES          Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

014 -   (Based on Use in Commerce) Bracelets; Earrings; Necklaces (Based on Intent to Use) Jewelry, namely, anklets;
        Rings; Watches -- FIRST USE DATE: 02-28-2008; -- USE IN COMMERCE DATE: 02-28-2008

018 -   (Based on Use in Commerce) Book bags; Purses; Wallets (Based on Intent to Use) All purpose sport bags;
        Backpacks; Handbags; Luggage -- FIRST USE DATE: 06-30-2006, -- USE IN COMMERCE DATE: 06-30-2006

025 -   (Based on Use in Commerce) Beanies; Caps; Dresses; Footwear; Hats; Hooded sweat shirts; Scarves; T-shirts;
        Tank tops; Wristbands (Based on Intent to Use) Belts; Coats; Gloves; Jackets; Jerseys; Pajamas; Pants; Shirts;
        Shorts; Skirts; Socks; Sun visors; Sweat pants; Sweaters; Swimsuits; Underwear; Wraps -- FIRST USE DATE: 10-
        31-2001; -- USE IN COMMERCE DATE: 10-31-2001

### ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

### ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, April 12, 2011 00:07 AM |
| **To:** | victoria@vnewlandlaw.com |
| **Subject:** | Trademark Serial Number 85108764: Official USPTO Notice of Allowance |

# NOTICE OF ALLOWANCE (NOA)

## ISSUE DATE: Apr 12, 2011

**Serial Number:**  85-108,764
**Mark:**  I BOOBIES!(STYLIZED/DESIGN)
**Attorney Reference Number:**

**No opposition was filed for this published application.  The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request).  WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue.  Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**
- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally);  **OR**
- An Extension Request, if the applicant is not yet using the mark in commerce.  If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed.  The applicant may file a total of five (5) extension requests.  **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued.  The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS).  Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed.  Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at http://www.uspto.gov/teas/index.html (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information.  If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see http://www.uspto.gov/trademarks/basics/MoreInfo_SOU_EXT.jsp.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD <u>WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.</u>**

### REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit.  Please use the "Post-Publication Amendment" form under the "POST-PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) FORMS" category, available at http://www.uspto.gov/teas/index.html.  Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

**Serial Number:**       85-108,764

**Mark:**          I BOOBIES!(STYLIZED/DESIGN)

**Attorney Reference Number:**

**Owner:**         The Keep A Breast Foundation
             2251 Las Palmas Dr
             Carlsbad , CALIFORNIA   92011

**Correspondence Address:**   VICTORIA NEWLAND
             LAW OFFICES OF VICTORIA NEWLAND, APC
             3460 MARRON RD STE 103-356
             OCEANSIDE, CA 92056-4675

**This application has the following bases, but not necessarily for all listed goods/services:**

  Section 1(a): YES     Section 1(b): YES     Section 44(e): NO

**GOODS/SERVICES BY INTERNATIONAL CLASS**

025 -  (Based on Use in Commerce) Hats; Hooded sweat shirts; T-shirts; (Based on Intent to Use) Bandanas; Belts; Bras; Jackets; Scarves; Shoes; Socks; Sweatbands; Underwear -- FIRST USE DATE: 06-30-2008 -- USE IN COMMERCE DATE: 06-30-2008

**ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.**

---

**Fraudulent statements may result in registration being cancelled:**  Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of an application, go to http://tarr.uspto.gov.  Please check the status of any application at least every three (3) months after the application filing date.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, March 15, 2011 00:10 AM |
| **To:** | victoria@vnewlandlaw.com |
| **Subject:** | Trademark Serial Number 85108752: Official USPTO Notice of Allowance |

# NOTICE OF ALLOWANCE (NOA)

## ISSUE DATE: Mar 15, 2011

**Serial Number:** 85-108,752
**Mark:** I BOOBIES!(STYLIZED/DESIGN)
**Attorney Reference Number:**

**No opposition was filed for this published application.  The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue.  Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**

- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally);  **OR**

- An Extension Request, if the applicant is not yet using the mark in commerce.  If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed.  The applicant may file a total of five (5) extension requests.  **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued.  The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS).  Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed.  Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at http://www.uspto.gov/teas/index.html (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information.  If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see http://www.uspto.gov/trademarks/basics/MoreInfo_SOU_EXT.jsp.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD <u>WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.</u>**

## REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit.  Please use the "Post-Publication Amendment" form under the "POST-PUBLICATION/POST

NOTICE OF ALLOWANCE (NOA) FORMS" category, available at http://www.uspto.gov/teas/index.html.  Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| **Serial Number:** | 85-108,752 |
| **Mark:** | I BOOBIES!(STYLIZED/DESIGN) |
| **Attorney Reference Number:** | |
| **Owner:** | The Keep A Breast Foundation |
| | 2251 Las Palmas Dr |
| | Carlsbad , CALIFORNIA  92011 |
| **Correspondence Address:** | VICTORIA NEWLAND |
| | LAW OFFICES OF VICTORIA NEWLAND, APC |
| | 3460 MARRON RD STE 103-356 |
| | OCEANSIDE, CA 92056-4675 |

**This application has the following bases, but not necessarily for all listed goods/services:**

Section 1(a): YES          Section 1(b): YES          Section 44(e): NO

## GOODS/SERVICES BY INTERNATIONAL CLASS

014 -    (Based on Use in Commerce) Bracelets; Key chains as jewelry; Necklaces; (Based on Intent to Use) Watches --
FIRST USE DATE: 06-30-2008 -- USE IN COMMERCE DATE: 06-30-2008

## ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.

---

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of an application, go to http://tarr.uspto.gov.  Please check the status of any application at least every three (3) months after the application filing date.