**DAVID A. PECK, ESQ.** (State Bar No. 171854)
**SEAN D. FLAHERTY, ESQ.** (State Bar No. 272598)
**COAST LAW GROUP, LLP**
1140 SOUTH COAST HIGHWAY 101
ENCINITAS, CA 92024
Tel: (760) 942-8505
Email: DPeck@CoastLawGroup.com
　　　　Sean@CoastLawGroup.com

Attorneys for Plaintiff
THE KEEP A BREAST FOUNDATION


**GREENBERG TRAURIG, LLP**
Gayle L. Strong (Admitted *Pro Hac Vice*) (StrongG@gtlaw.com)
1200 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540

Attorneys for Defendant
RHODE ISLAND NOVELTY, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KEEP A BREAST FOUNDATION, A NON-PROFIT CORPORATION,<br>　　　　Plaintiff,<br>　vs.<br>RHODE ISLAND NOVELTY, INC, A CORPORATION and DOES 1-25,<br>　　　　Defendants | Case No.: 11 CV-2936-H-WMC<br><br>**JOINT MOTION FOR DISMISSAL OF CLAIMS AGAINST RHODE ISLAND NOVELTY, INC.** |

　　　　Plaintiff, The Keep A Breast Foundation, ("Plaintiff") and Defendant Rhode Island Novelty, Inc. ("Defendant") respectfully submit this Joint Motion to Dismiss the Complaint in the above-captioned matter pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff and Defendant hereby jointly move to dismiss the Complaint with prejudice, based upon a settlement agreement between the parties. The parties reached the settlement before Magistrate Judge William McCurine, Jr. and consented to Judge McCurine's retention of exclusive jurisdiction over the settlement and all further action in this case. This dismissal does not affect the continuing jurisdiction of Magistrate Judge William McCurine, Jr.

1   Accordingly, the parties respectfully request that this Court dismiss Plaintiff's Complaint
2   against Defendant with prejudice.

4   Dated: September 6, 2012                           **COAST LAW GROUP, LLP**

6                                              By:    s/ Sean Flaherty

7                                                     SEAN D. FLAHERTY, ESQ.
                                                      Attorneys for Plaintiff
8                                                     THE KEEP A BREAST FOUNDATION
                                                      Email: Sean@CoastLawGroup.com

10  Dated: September 6, 2012                          **GREENBERG TRAURIG, LLP**

12                                             By:    s/ Gayle L. Strong

13                                                    GAYLE L. STRONG, ESQ.
                                                      Attorneys for Defendant
14                                                    RHODE ISLAND NOVELTY, INC.
                                                      Email: StrongG@gtlaw.com